COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| | § | |
| IN RE: RODNEY RAMIREZ, | § | No. 08-10-00156-CR |
| | § | |
| | | AN ORIGINAL PROCEEDING |
| Relator. | § | |
| | | IN MANDAMUS |
| | § | |

**MEMORANDUM OPINION ON PETITION FOR WRIT OF MANDAMUS**

Rodney Ramirez, *pro se*, has filed a petition for writ of mandamus requesting this Court to direct the Judge the 327th Judicial District Court of El Paso County, Texas to grant Relator's motion to "Set Aside and Vacate a Void Order of Sentencing."

In order to obtain relief through a writ of mandamus, a relator must establish: (1) no other adequate remedy at law is available and (2) that the act he seeks to compel is ministerial. *State ex rel. Young v. Sixth Judicial Dist. Court of Appeals At Texarkana*, 236 S.W.3d 207, 210 (Tex.Crim.App. 2007). An act is ministerial if it does not involve the exercise of any discretion. *State ex rel. Hill v. Court of Appeals for the Fifth District*, 34 S.W.3d 924, 927 (Tex.Crim.App. 2001). Based on the petition and record provided, Relator has not demonstrated he is entitled to mandamus relief. *See* TEX.R.APP.P. 52.8. The mandamus relief requested is therefore DENIED.

June 30, 2010

Before Chew, C.J., McClure, and Rivera, JJ.
Chew, C.J., not participating

(Do Not Publish)

ANN CRAWFORD McCLURE, Justice